IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 3 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

BENJAMIN H. JONES,                    )
                                      )
            Plaintiff,                )        Civil Action No.  7:06-cv-00101
                                      )
v.                                    )        **FINAL ORDER**
                                      )
COUNSELOR KEGLEY,                     )        By: Hon. James C. Turk
                                      )        Senior United States District Judge
            Defendants.               )

In accordance with the memorandum opinion entered this day,  it is hereby

**ORDERED**

that plaintiff is hereby **DENIED** the opportunity to proceed in forma pauperis, and the action shall

be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g), and is hereby

stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order to and to counsel of record for the

defendants, if known.

ENTER:  This _3rd_ day of March, 2006.

_____
Senior United States District Judge